# ALEXANDER H. SEAVER AND ANOTHER, APPELLANTS, v. GEORGE MOORE, RESPONDENT.

*Fraudulent stipulation — motion to set aside.*

The plaintiffs applied for an order setting aside a stipulation, made in this action, vacating an order of arrest, alleging in their affidavits that their former attorney, who signed the stipulation, had no authority from either of them to make it, and that, for the purpose of obtaining thirty dollars, he willfully and corruptly stipulated away their rights herein; that there are entries in the register of defendant's attorney, showing that, on the 6th June, 1870, such attorney made an agreement with the plaintiffs' attorney to pay him thirty dollars for a stipulation to discharge the order of arrest, and that he did pay that sum on that date for said stipulation; and that plaintiffs had just been informed, by their present attorney, of the signing of the stipulation by their former attorney. The court held that the affidavit of defendant's attorney did not satisfactorily meet the

[*] Medbury v. Swan, 46 N. Y., 200; Millard v. Van Brunt, 17 Abb., 319; Wait's Ann. Code, 331.

charge and that the stipulation should be annulled, but without prejudice to the sheriff, who was released by the order made upon it from all responsibility.

APPEAL from an order denying a motion to set aside a stipulation made in the action vacating an order of arrest.

*Charles J. Guiteau*, for the appellants.

*Horatio N. Walker*, for the respondents.

Opinion by BRADY, J.

DAVIS, P. J., and DANIELS, J., concurred.

Order reversed with costs; stipulation and order entered upon it set aside without prejudice to the rights of the sheriff acquired by its entry.